**UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF KENTUCKY
OWENSBORO DIVISION
CASE NO. 4:21-CV-39-JHM**

SHANNON SAUCIER
and CHRIS SAUCIER                                                                                    PLAINTIFFS

vs.

ALLSTATE INSURANCE COMPANY                                                              DEFENDANT

### PETITION FOR REMOVAL

Comes the Defendant, Allstate Insurance Company, by and through counsel, and serve this, its Petition for Removal of the state court action designated as *Shannon Saucier and Chris Saucier v. Allstate Insurance Company*, in the Muhlenberg Circuit Court, State of Kentucky, Civil Action No.: 21-CI-00093 to the United States District Court for the Western District of Kentucky at Paducah. In support of this Petition for Removal, the Defendant, Allstate Insurance Company, states as follows:

1. The civil action in Muhlenberg Circuit Court is between Shannon Saucier and Chris Saucier and Allstate Insurance Company. According to their Complaint, Shannon Saucier and Chris Saucier are residents of Muhlenberg County, Kentucky. Defendant Allstate Insurance Company is a company organized under the laws of Illinois and with its principal place of business in Northbrook, Illinois. Accordingly, there is complete diversity of citizenship of the parties.

2. This is a claim for breach of contract and violations of the Unfair Claims Settlement Practices Act. Based upon the plaintiffs' complaint, these Defendants have a good faith belief that the amount in controversy exceeds $75,000 exclusive of costs and interest. The cause of action does not arise under workers' compensation laws of any

state; it is not brought against a railroad or its receivers or trustees; nor does it arise under 45 U.S.C. Section 51-60. Therefore, this cause of action is removable to this Court pursuant to 28 U.S.C. Section 1441(a).

3. Muhlenberg Circuit Court is in Greenville, Kentucky, which is served by the Owensboro Division of the United States District Court for the Western District of Kentucky.

4. This Petition for Removal is being filed with the Court within 30 days from the date when the Defendant received notice that the amount in controversy exceeds Seventy-Five Thousand Dollars ($75,000.00), said date being March 17, 2021.

5. A copy of all pleadings and process received by Defendant Allstate Insurance Company are attached hereto as Exhibit A and are incorporated herein by reference.

6. A copy of Defendant's Answer to Plaintiffs' Complaint is attached hereto as Exhibit B and is incorporated herein by reference.

7. Contemporaneously herewith, written notice will be given to all adverse parties and to the Clerk of the Muhlenberg Circuit Court of Kentucky that this Petition for Removal is being filed with this Court.

**WHEREFORE** the Defendant, Allstate Insurance Company, by and through counsel, files this, its Petition for Removal so that the entire state court action now pending in the Muhlenberg Circuit Court of Kentucky may be removed to this Court for all further proceedings.

3

Respectfully submitted,

**BOEHL STOPHER & GRAVES, LLP**

_____/s/ W. Lucas McCall_____
W. Lucas McCall
410 Broadway
Paducah KY 42001
270-442-4369
270-442-4689  facsimile
lmccall@bsgpad.com

*Counsel for Allstate Insurance Company*

## **CERTIFICATE OF SERVICE**

I hereby certify that on the 15th day of April, 2021, I electronically filed with the clerk of court by using the CM/ECF system, the foregoing document which will send a notice of electronic filing to the following:

Hon. Eric M. Lamb
Lamb & Lamb, PSC
PO Box 34275
Louisville, Kentucky  40232-4275
eric@lambandlamb.com
*Counsel for Plaintiff*

Hon. Ryan Driskell
Yonts, Sherman & Driskill, PSC
114 Mill Street
Greenville, Kentucky  42345
rdrisk@hotmail.com
*Counsel for Plaintiff*

Hon. A. Campbell Ewen
Ewen & Kinney
315 Guthrie Street, Suite 400
Louisville, KY 40202
*Co-counsel for Allstate*

and a copy has been served by US Mail on:

Muhlenberg Circuit Court Clerk
PO Box 776
Greenville, KY  42345

                                                    /s/  W. Lucas McCall
                                                    W. Lucas McCall